OPINION — AG — **** SHERIFF-CLASS A OFFICER-SALARY **** WHEN 19 O.S.Supp. 1968, 180.64A, IS APPLICABLE (MINIMUM SALARY SCHEDULE), THE CLASS "A" OFFICERS ENUMERATED IN 19 O.S. Supp. 1968, 180.61 [19-180.61], SHALL RECEIVE A MINIMUM SALARY ALLOCATED TO "ALL OTHER CLASS `A' OFFICERS" $5,400 AND THE COUNTY SHERIFF, SINCE SPECIFICALLY EXEMPTED FROM THE CLASS OF "ALL OTHER CLASS `A' OFFICERS," SHALL RECEIVE $4,400. CITE: 19 O.S. Supp. 1967, 180.64A [19-180.64A], 19 O.S. 1961, 180.62-180.63 [19-180.62 — 19-180.63] W. J. MONROE ** SEE: OPINION NO. 68-275 (1968) ** ** SEE: OPINION NO. 68-372 (1968) **